IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSAY MORGAN HEGNA | **FILED** | CIVIL ACTION |
| v. | JUN 1 3 2017 | |
| SMITTY'S SUPPLY, INC. | KATE BARKMAN, Clerk<br>By_____: Dep. Clerk | NO. 16-3613 |

## ORDER

**AND NOW**, this 13 day of June, 2017, upon consideration of Defendant's Motion to Dismiss the Amended Complaint, or in the Alternative, to Transfer Venue (Docket No. 15) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED IN PART AND GRANTED IN PART** as follows:

1.      The Motion is **DENIED** as to Defendant's request that we dismiss this action for lack of personal jurisdiction over Defendant pursuant to Federal Rule of Civil Procedure 12(b)(2).

2.      The Motion is **GRANTED** as to Defendant's alternative request that we transfer this action to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1404(a).

3.      This case is **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana.

BY THE COURT:

_____
John R. Padova, J.



CC: legal